IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ANTONIO WARD,

Defendant.

Case No. 3:17-cr-118

District Judge Walter H. Rice
Magistrate Judge Michael J. Newman

**ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (DOC. 21)**

This case is presently before the Court on the Report and Recommendation of United States Magistrate Judge Michael J. Newman (doc. 21), wherein the Magistrate Judge recommends that Defendant's plea of guilty to Amended Count Two of the Indictment be accepted by the Court and that Defendant be found guilty as charged in such Count. The parties filed no objections to the Report and Recommendation of the Magistrate Judge, and the time for filing objections has expired.

The Court, having reviewed the matter *de novo*, determines that the Report and Recommendation (doc. 21) of the United States Magistrate Judge should be and is hereby **ADOPTED** in its entirety. The Court **ACCEPTS** Defendant's guilty plea and Defendant is hereby adjudged **GUILTY** of Amended Count Two of the Indictment.

**IT IS SO ORDERED.**

Date: 3-19-18

_____
Walter H. Rice